

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-234-GMN (RJJ) |
| AUSTIN JOSHUA PETERSON, ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 27, 2010, defendant AUSTIN JOSHUA PETERSON pled guilty to Counts One, Three, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven of a Eleven-Count Superseding Criminal Indictment charging him in Count One with Armed Bank Robbery in violation of Title 18, United States Code, Section 2113(a) and (d); in Counts Three through Seven with Interference with Commerce by Robbery in violations of Title 18, United States Code, Section 1951; in Count Eight with Armed Bank Robbery in violation of Title 18, United States Code, Section 2113(a) and (d); in Count Nine with Use of a Firearm During, in Relation to, and in Furtherance of a Crime of Violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and (c)(1)(C); in Count Ten with Possession of Stolen Firearm in violation of Title 18, United States Code, Section 922(j); and in Count Eleven with Possession of Stolen Firearm in violation of Title 18, United States Code, Section 922(j).

. . .

. . .

1  This Court finds defendant AUSTIN JOSHUA PETERSON agreed to the forfeiture of
2  property set forth in Forfeiture Allegations of the Superseding Criminal Indictment.

3  This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of
4  America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the
5  Superseding Criminal Indictment and the offense to which defendant AUSTIN JOSHUA PETERSON
6  pled guilty.

7  The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
8  924(d)(1) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section
9  981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code,
10  Section 853(p):

11  1. a Bersa .380 semi-automatic handgun, bearing serial number A45032;
12  2. a Kel-Tec P-11 semi-automatic handgun, bearing serial number
13  AFA82;
14  3. any and all ammunition;
15  4. Nintendo DS video game system;
16  5. two (2) video games;
17  6. an *in personam* criminal forfeiture money judgment of $4,182.00 in
18  United States Currency; and
19  7. an *in personam* criminal forfeiture money judgment of $5,275.00 in
20  United States Currency ("property").

21  This Court finds the United States of America is now entitled to, and should, reduce the
22  aforementioned property to the possession of the United States of America.

23  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
24  United States of America should seize the aforementioned property.

25  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
26  AUSTIN JOSHUA PETERSON in the aforementioned property is forfeited and is vested in the United

States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>    DANIEL D. HOLLINGSWORTH
>    Assistant United States Attorney
>    MICHAEL A. HUMPHREYS
>    Assistant United States Attorney
>    Lloyd D. George United States Courthouse
>    333 Las Vegas Boulevard South, Suite 5000
>    Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described assets.

DATED this _27_ day of _Sept_, 2010.

_____
UNITED STATES DISTRICT JUDGE