# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-234-GMN (RJJ) |
| AUSTIN JOSHUA PETERSON, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO DEFENDANT AUSTIN JOSHUA PETERSON**

On September 28, 2010, this Court entered a Preliminary Order of Forfeiture (Docket #25) pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), forfeiting property of defendant AUSTIN JOSHUA PETERSON to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant AUSTIN JOSHUA PETERSON.

DATED this _3_ day of _January_, 2011.

_____
UNITED STATES DISTRICT JUDGE