**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:10-CR-234-GMN (RJJ) |
| AUSTIN JOSHUA PETERSON, | ) ) ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

On September 28, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant AUSTIN JOSHUA PETERSON to the criminal offenses, forfeiting specific property alleged in the Superseding Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant AUSTIN JOSHUA PETERSON pled guilty. #25.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 16, 2010 through November 14, 2010, further notifying all known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. #26.

On December 16, 2010, Adrian Sullivan was personally served with the Preliminary Order of Forfeiture and the Notice. # 30. On March 4, 2011, Petition, Stipulation for Return of Property and Order was filed. #32. On March 8, 2011, the Order Granting Petiton, Stipulation for Return of Property and Oder was entered. #34.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Bersa .380semi-automatic handgun, bearing serial number A45032;
2. a Kel-Tec P-11 semi-automatic handgun, bearing serial number AFA82;
3. any and all ammunition;
4. Nintendo DS video game system;
5. two (2) video games;
6. an *in personam* criminal forfeiture money judgment of $4,182.00 in United States Currency; and
7. an *in personam* criminal forfeiture money judgment of $5,275.00 in United States Currency.

. . .

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 4th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge