# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America

                Plaintiff,

v.

Austin Joshua Peterson

                Defendant.

JUDGMENT

Case Number: 2:10-cr-00234-GMN-RJJ

(Related case: 2:16-cv-01401-GMN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Austin Joshua Peterson's Motions to Vacate are Denied and a Certificate of Appealability is Denied.

9/30/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk