# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

AUSTIN JOSHUA PETERSON,

Defendant.

JUDGMENT

Case Number: 2:10-cr-00234-GMN-RJJ-1

(Related case: 2:20-cv-01171-GMN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Dismissing the Renewed Motion to vacate under 28 U.S.C. 2255, as an unauthorized successive 2255 motion, his matter is closed. Judgment for the United States.

12/16/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk